# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| **ABDULKADIR NUR,**<br><br>Plaintiff,<br><br>v.<br><br>**UNKNOWN CBP OFFICERS,** et al.,<br><br>Defendants. | Case No. 1:22-cv-169 (AJT/JFA)<br><br>Hon. Judge Anthony J. Trenga |

### PLAINTIFF ABDULKADIR NUR'S NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff Abdulkadir Nur, by and through his undersigned counsel, appeals to the United States Court of Appeals for the Fourth Circuit from the district court's Order granting Defendant's Motion to Dismiss for Lack of Jurisdiction (Dkt. 38) and each and every part thereof. This includes the Memorandum Opinion (Dkt. 37). The appeal is made against Chris Magnus, (Commissioner, CBP, official capacity) and Chistopher Wray (Director, FBI, official capacity).

Respectfully submitted,

January 13, 2022                                              CAIR LEGAL DEFENSE FUND

BY: /s/ Lena F. Masri
Lena F. Masri (VA 93291)
lmasri@cair.com
Gadeir I. Abbas (VA 81161)
gabbas@cair.com
Justin M. Sadowsky (VA 73382)
jsadowsky@cair.com
453 New Jersey Ave., S.E.
Washington, DC 20003
Phone: (202) 742-6420
Fax: (202) 488-0833